```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 02305
   CASEY K MAZUR
   SHANNON M MAZUR                             CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5331     SSN XXX-XX-0577

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 02/01/2008 and was not confirmed.

   The case was dismissed without confirmation 07/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
EASTERN SAVINGS BANK    CURRENT MORTG       .00           .00           .00
EASTERN SAVINGS BANK    MORTGAGE ARRE       .00           .00           .00
ECMC                    UNSECURED           .00           .00           .00
AMANDA MAZUR            NOTICE ONLY    NOT FILED          .00           .00
STEVEN DADAY            NOTICE ONLY    NOT FILED          .00           .00
SHANNON MAZUR           NOTICE ONLY    NOT FILED          .00           .00
CHILD SUPPORT ENFORCEMEN NOTICE ONLY   NOT FILED          .00           .00
KRELL REUBEN OMS        UNSECURED      NOT FILED          .00           .00
IL STATE DISBURSEMENT UN DSO ARREARS    28200.50          .00           .00
LEDFORD & WU            DEBTOR ATTY      2,372.00                    2,372.00
TOM VAUGHN              TRUSTEE                                        206.27
DEBTOR REFUND           REFUND                                       2,295.23

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              4,873.50

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                             2,372.00
TRUSTEE COMPENSATION                         206.27
DEBTOR REFUND                              2,295.23
                   ---------------        ---------------
TOTALS               4,873.50              4,873.50
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/23/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |